UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DAINELYS RODRIGUEZ RIOS,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | **EP-25-CV-00744-DCG** |
| **ANGEL GARITE,** *et al.* | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Petitioner Dainelys Rodriguez Rios moves[1] to dismiss the above-captioned case without prejudice.[2]  Respondents don't oppose the Motion.[3]

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 29th day of April 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] Although Petitioner styles her request for voluntary dismissal as a "Notice" rather than a "Motion," *see* Mot., ECF No. 19, at 1, the Court construes the filing as a *motion* to voluntarily dismiss the case under Federal Rule of Civil Procedure *41(a)(2)*, rather than a *notice* of voluntary dismissal under Federal Rule of Civil Procedure *41(a)(1)*.  *Contrast* FED. R. CIV. P. 41(a)(1) (specifying the limited circumstances in which a "plaintiff may dismiss an action without a court order," which aren't present here), *with* FED. R. CIV. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order . . . ."), *and* FED. R. CIV. P. 7(b) (stating that "[a] request for a court order must be made by motion").  *See also* Mot. at 1 (clarifying that Petitioner seeks "an *order* dismissing this action" "pursuant to Federal Rule of Civil Procedure *41(a)(2)*" (emphases added)).

[2] *See* Mot. at 1 (indicating that the Government has adjusted Petitioner's immigration status and released her from custody, thereby mooting her pending habeas petition).

[3] *See id.* at 1–2.